

WAISMAN CENTER GENETICS
1500 Highland Ave
Madison WI 53705-2280
608-263-3301

June 7, 2018

To Whom t It May Concern:

This letter is regarding the need for swimming adaptations for ▇▇▇▇▇ (▇▇▇▇). Because of his disability, it is necessary for him to use a round flotation device (may or may not be inflatable) that his legs go through because a typical USCG approved life jacket is not appropriate.

Feel free to contact me if there are additional questions or concerns.

Sincerely yours,


Janet M. Legare, MD
Clinical Associate Professor
Director, Midwest Regional Bone Dysplasia Clinic



EXHIBIT

Patient Name: Augustus H Cleaveland (DOB: 6/10/2013) MRN: 2783914          Page 1 of 1

6/18/18

To Whom It May Concern,

    I care for ▓▓▓▓▓ in the Midwest Regional Bone Dysplasia clinic through the University of Wisconsin. ▓▓ has a diagnosis of hypochondroplasia which results in ▓▓▓▓ as well as some processing delays. He is able to do many things that similar aged children do, but he is short and can have some delays in his movements. He is fully able to swim and play in a pool, but requires some type of device to provide stability if he were to fall or get knocked down by peers bigger than he is. The LEAST RESTRICTIVE device and environment is always recommended for children with any type of special need. Mr. Tweet sent me links to multiple devices that are approved by the coast guard. These are overly restrictive and will not encourage motor development or core strength for ▓▓. In addition, they draw attention to ▓▓'s differences which is inappropriate. The ufloat child size is the closest nonrestrictive device that would be even remotely used, but it again does not help ▓▓ develop good skills and is overly restrictive. He should not be discriminated against based on his height. I would support a coast guard ring if an approved device is required.

Please feel free to contact me if any further questions or concerns arise.


Janet Legare MD
Director Midwest Regional Bone Dysplasia Clinic


EXHIBIT 2