In the United States District Court for the Central District of Illinois

Rock Island Division

| | |
|---|---|
| Cassandra Cleaveland, individually, and as mother, and next friend of A.C., a minor,<br><br>    Plaintiff,<br><br>  vs.<br><br>City of Rock Island,<br><br>    Defendant. | No. 4:19-cv-04082 |

**Certificate of Service**

      The undersigned certifies that the Rule 26(a)(1) Disclosure was served on August 21, 2019 to the plaintiff's counsel at:

John F. Doak
Katz Nowinski P.C.
1000 36th Avenue
Moline, IL 61265
t. 309-797-3000
jdoak@katzlawfirm.com

      Respectfully submitted,

      The City of Rock Island

      By:_/s/ *David G. Morrison*_____

          David G. Morrison
          Hector Lareau
          Attorneys for the City of Rock Island

David G. Morrison
Hector Lareau
Attorneys for City of Rock Island
1515 4th Ave., Suite 301
Rock Island, IL 61201
Telephone: (309) 786-3313
Facsimile: (309) 764-0975
Email: david@mmcwlaw.com; hector@lareaulaw.com