UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | | |
|---|---|---|
| CASSANDRA CLEAVELAND, | ) | |
| Individually, and as Mother and Next Friend | ) | |
| of A.C., a Minor, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 4-19-cv-4082 |
| | ) | |
| CITY OF ROCK ISLAND, ILLINOIS | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SETTLEMENT

Plaintiff, Cassandra Cleaveland, by and through her attorneys, Katz Nowinski P.C. and for

her Notice of Settlement states:

1.  Plaintiff reports to the court that the cause of action has been settled.

2.  Plaintiff requests that the court cancel all hearings scheduled in this matter so the

    parties can have adequate time to prepare all the required documents needed to

    finalize the settlement of the case.


CASSANDRA CLEAVELAND,
Individually, and as Mother and Next
Friend of A.C., a Minor, Plaintiff


By: /s/ John F. Doak
        John F. Doak

For:
KATZ NOWINSKI P.C.
Attorneys for Plaintiff
1000 - 36th Avenue
Moline, IL 61265-7126
Telephone: 309-797-3000
E-mail: jdoak@katzlawfirm.com

1

## **PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing instrument was served upon all parties to the above cause and to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on December 29, 2020 by:

|        |                                        |        |                   |
|--------|----------------------------------------|--------|-------------------|
| _____ | U.S. Mail (postage fully prepaid)      | _____ | Fax               |
| _____ | Hand Delivered                         | _____ | Overnight Courier |
| _____ | Certified Mail (postage fully prepaid) | _____ | Email             |
|   x    | E-Filed                                |        |                   |

/s/ John F. Doak